1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JENNA MILES,                              No.  2:23-cv-1337 DAD DB P

12              Plaintiff,

13        v.                                   ORDER

14   MICHELLE VERDUROSSA, et al.,

15              Defendants.

16

17        Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for

18   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff states that she was not

19   incarcerated at the time she filed the complaint.  However, she filed an Application to Proceed In

20   Forma Pauperis by a Prisoner.  Plaintiff must file her request on the form for non-prisoners.  The

21   Clerk of the Court will be directed to provide plaintiff with a copy of that form.

22        The court notes that identification of the plaintiff in this case is somewhat confusing.

23   Jenna Miles, along with others, is listed as the plaintiff on the complaint; Jenna Miles signed the

24   complaint; and she signed the Application to Proceed In Forma Pauperis by a Prisoner.  However,

25   Georgia Miles appears to have prepared the complaint.  Further, the documents filed include "c/o

26   Georgia Miles" after the plaintiff's name.  Local Rule 131(a) requires that documents filed with

27   the court include the name, address, and telephone number of the party to the action.  Because

28   Jenna Miles is identified as the plaintiff filing the complaint, documents must contain her address

1    and phone number.  Plaintiff is advised that unless Georgia Miles is an attorney, she may not

2    represent plaintiff in this action.  See Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir.

3    1997) ("[A] non-lawyer 'has no authority to appear as an attorney for others than himself,'"

4    (quoting C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987)).

5        The Clerk of the Court incorrectly identified Georgia Miles as the plaintiff.  The Clerk

6    will be directed to amend the docket to reflect that the plaintiff is Jenna Miles.

7        The court further notes that Jenna Miles provided two addresses.  The complaint lists an

8    address in Susanville.  However, the Application to Proceed In Forma Pauperis provides an

9    address in Yuba City.  A search online shows that the Yuba City address is for the Sutter County

10   Jail.  Because plaintiff states that she is not incarcerated, this court assumes her address is the one

11   provided on her complaint.

12       In accordance with the above, IT IS HEREBY ORDERED that:

13       1.  Plaintiff's Application to Proceed In Forma Pauperis by a Prisoner (ECF No. 2) is

14   denied without prejudice;

15       2.  The Clerk of the Court is directed to send plaintiff a copy of the Application to Proceed

16   In Forma Pauperis;

17       3.  Plaintiff shall submit, within thirty days from the date of this order, the Application to

18   Proceed in Forma Pauperis or pay the filing fee if she wishes to proceed with this case.  Plaintiff's

19   failure to comply with this order will result in a recommendation that this action be dismissed

20   without prejudice; and

21       4.  The Clerk of the Court is directed to amend the docket to reflect that the plaintiff is

22   Jenna Miles, 473-455 Johnstonville Road, Susanville, CA 96130.

23   Dated:  January 9, 2024

24

25

26

DLB:9/DB prisoner inbox/civil rights/S/mile1337

27

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

28

2